December 28, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KATY SHUK CHI LAU MESSIER, Appellant

NO. 14-11-00369-CV                    V.

LUC J. MESSIER, Appellee

_____

This cause, an appeal from the final decree of divorce, signed February 11, 2011, was heard on the transcript of the record. We have inspected the record and find error in the decree. We therefore **MODIFY** the decree of the court below to dissolve the requirements that Katy inform the State Department and a foreign consulate or embassy of the travel restrictions contained in the final decree and provide those institutions with a copy of the decree, as well as the requirement that she provide proof of receipt back to the trial court.

We order the final decree of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.